UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:24-CV-153(D)

| UNITED STATES OF AMERICA, | ) |  |
| --- | --- | --- |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | CONSENT ORDER FOR |
|  | ) | ENTRY OF JUDGMENT |
| KRISTOPHER BARROW, | ) |  |
| Defendant. | ) |  |

This matter comes before the Court upon the consent of the United States of America (the "Plaintiff"), by and through the United States Attorney for the Eastern District of North Carolina, and Kristopher Barrow (the "Defendant," and together with Plaintiff, the "Parties"), *pro se*, for entry of judgment in this action.

On October 25, 2024, the Plaintiff filed the Complaint. D.E. 1. On December 6, 2024, the Plaintiff served the Complaint and Summons on the Defendant by certified mail. The Parties now stipulate and agree to entry of judgment in this action as stated below.

NOW, THEREFORE, IT IS ORDERED that judgment is entered in favor of the Plaintiff against the Defendant in the principal amount of $25,000.00, plus administrative fees ad charges of $9,817.82 and accrued interest of $2,209.39 as of August 5, 2024 for a total judgment of $37,027.21, plus interest accrued since August 5, 2024 until entry of judgment at a rate of $1.37 per day, along with costs allowed under 28 U.S.C. § 2412(a)(2) of $405.00, plus any further costs, fees and expenses

authorized by statute. Pursuant to 28 U.S.C.§ 1961, judgment interest shall be set at the current judgment rate.

The Clerk of the United States District Court is DIRECTED to prepare and enter judgment as Ordered above.

SO ORDERED. This the __6__ day of February, 2025.

_____
JAMES C. DEVER III
United States District Judge

CONSENTED TO:

Plaintiff

          MICHAEL F. EASLEY, JR.
          United States Attorney

          /s/ Benjamin J. Higgins
          BENJAMIN J. HIGGINS
          Assistant United States Attorney
          Civil Division
          150 Fayetteville Street, Suite 2100
          Raleigh, North Carolina 27601
          Telephone: (919) 856-4043
          Email: benjamin.higgins2@usdoj.gov
          Massachusetts Bar # 690969

Defendant

I hereby acknowledge that I have received a copy of the Complaint and Summons in this matter and agree to entry of judgment against me based upon the terms listed in this Consent Order for Entry of Judgment.

_____
KRISTOPHER BARROW, *pro se*

Date: 2-4-25

2