UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| vs. | ) | **CASE NO. 4:24-CV-153-D** |
| | ) | |
| KRISTOPHER BARROW, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of the Plaintiff against the Defendant in the principal amount of $25,000.00, plus administrative fees ad charges of $9,817.82 and accrued interest of $2,209.39 as of August 5, 2024 for a total judgment of $37,027.21, plus interest accrued since August 5, 2024 until entry of judgment at a rate of $1.37 per day, along with costs allowed under 28 U.S.C. § 2412(a)(2) of $405.00, plus any further costs, fees and expenses authorized by statute. Pursuant to 28 U.S.C.§ 1961, judgment interest shall be set at the current judgment rate.

This Judgment filed and entered on February 11, 2025, and copies to:
Counsel of record for the parties     (via CM/ECF electronic notification)

February 11, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk